No. 75–142. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* CINTRON. Appeal from D. C. P. R. Judgment vacated and case remanded for con-

sideration of question of mootness; if the cause is not moot, for reconsideration of determination of class action in light of *Weinberger* v. *Salfi,* 422 U. S. 749 (1975).